**STATE OF MAINE**　　　　　　　　　　　**SUPERIOR COURT**
**CUMBERLAND, ss.**　　　　STATE OF MAINE　**CIVIL ACTION**
　　　　　　　　　　Cumberland ss Clerk's Office **DOCKET NO. AP-14-28**

YVETTE COTE,　　　　　　　　　　）
　　　　Petitioner　　　　　　　　）　MAR 2 4 2015
　　　　　　　　　　　　　　　　　）
　　　v.　　　　　　　　　　　　RECEIVED**ECISION AND**
　　　　　　　　　　　　　　　　　）　　　　**ORDER**
SECRETARY OF STATE,　　　　　　 ）
　　　　Respondent　　　　　　　 ）

After review of the record, and the briefs and arguments of counsel, the entry and order is as follows:

Petitioner did not properly preserve her present argument for appellate review by presenting the argument to the agency in the first instance. *New England Whitewater Center, Inc. v. Dept. of Inland Fisheries & Wildlife,* 550 A.2d 56, 58 (Me. 1988). Even if she had, substantial evidence in the record supports the Hearing Examiner's conclusions that there was probable cause to believe that Petitioner operated a vehicle while under the influence of a combination of alcohol and drugs, and that she in fact operated a vehicle while under the influence of a confirmed drug. *Davric Maine Corp. v. Maine Harness Racing Comm'n,* 1999 ME 99, ¶ 7, 732 A.2d 289, 293; *State v. Bradley,* 658 A.2d 236, 237 (Me. 1995)(*quoting State v. Bento,* 600 A.2d 1094, 1096 (Me. 1991)).

Accordingly, the Secretary of State's decision to administratively suspend Petitioner's license for three years for operating a motor vehicle while under the influence of drugs (second offense) is AFFIRMED and the appeal is DENIED.

DATED:　　_March 24, 2015_　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　Roland A. Cole
　　　　　　　　　　　　　　　　　　Justice, Superior Court

Date Filed: 05/23/2014          CUMBERLAND          Docket No. AP14-0028
                                   COUNTY

Action:  80C


YVETTE M COTE                    DEPARTMENT OF THE SECRETARY OF
                                 STATE BUREAU OF MOTOR VEHICLES


vs.

Plaintiff's Attorney                              Defendant's Attorney

ANTHONY J SINENI, III ESQ               DONALD MACOMBER AAG
701 CONGRESS STREET                     6 STATE HOUSE STATION
PORTLAND, ME 04101                      AUGUSTA ME 04333


WHITNEY J HAYRE ESQ  **(WITHDRAWN)**
701 CONGRESS STREET
PORTLAND ME 04101